FILED ____ LODGED
RECEIVED
Page 2

MAR 2 0 2009

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District WESTERN WASHINGTON |
|---|---|

| Name (under which you were convicted): Mr. Darnell McGary | Docket or Case No.: C09-5751 BHS/KLS |
|---|---|

| Place of Confinement: Special Commitment Center | Prisoner No.: 490070 |
|---|---|

Petitioner (include the name under which you were convicted)          Respondent (authorized person having custody of petitioner)

v.

Mr. Darnell McGary          Dr. Henry Richards

The Attorney General of the State of

Mr. Rob McKenna, Washington

### PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Pierce County Superior Court

   (b) Criminal docket or case number (if you know): 00-2-14060-1
2. (a) Date of the judgment of conviction (if you know): February 5, 2004
   (b) Date of sentencing: same
3. Length of sentence: Indefinate/ Open-ended
4. In this case, were you convicted on more than one count or of more than one crime?     Yes ☐     No ☑
5. Identify all crimes of which you were convicted and sentenced in this case: Civil Commitment as a sexually violent predator, Predicate Offenses are as follows: 88-01612-9, 88-1-01885-7, 88-1-01277-8

6. (a) What was your plea? (Check one)

   (1)  Not guilty ☐          (3)  Nolo contendere (no contest) ☐
   (2)  Guilty ☑             (4)  Insanity plea ☐



**09-CV-05156-PET**

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? Stipulation to being a sexually voilent predator, with Anti-Social Personity disorder

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ❑          Judge only ❑

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ❑ No ❑

8. Did you appeal from the judgment of conviction?

Yes ❑ No ❑

9. If you did appeal, answer the following:

(a) Name of court: Court of Appeals, Division II

(b) Docket or case number (if you know): 31487-8-II

(c) Result: Conviction Upheld on: Lack of recent overt act/breach

(d) Date of result (if you know): In re Detention of McGary 128 Wn. App (2005)

(e) Citation to the case (if you know): Same

(f) Grounds raised: Breach of Plea/Failure to Plead and Prove Recent Overt Act under RCW 71.09.060(3); and In re Detention of Gordon 912 Wn. App. (2000)

(g) Did you seek further review by a higher state court?     Yes ❑ No ❑

If yes, answer the following:

(1) Name of court: State Supreme Court

(2) Docket or case number (if you know): Unkown

(3) Result: Review Denied

(4) Date of result (if you know): Unknown

(5) Citation to the case (if you know): In re McGary 156 Wn.2d (2006)

(6) Grounds raised: same

(h) Did you file a petition for certiorari in the United States Supreme Court?　　Yes ☐ No ☑

　If yes, answer the following:

　(1) Docket or case number (if you know): _____

　(2) Result: _____

　_____

　(3) Date of result (if you know): _____

　(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

　Yes ☑ No ☐

11. If your answer to Question 10 was "Yes," give the following information:

　(a) (1) Name of court: Peirce County Superior Court

　　(2) Docket or case number (if you know): 06-2-10823-5

　　(3) Date of filing (if you know): November 29, 2006

　　(4) Nature of the proceeding: Petition for Writ of Habeas Corpus

　　(5) Grounds raised: Equal Protection, Criminal Mistreatment, Violation of RCW71.09.060(3), In re Detention of Gordon, and In re Detention of Anderson, further RCW 71.09 et seq. is unconstitutional based on In re McGary 128 Wn.2d (2005)

　　(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

　　　Yes ☑ No ☐

　　(7) Result: Denied

　　(8) Date of result (if you know): Unkown

　(b) If you filed any second petition, application, or motion, give the same information:

　　(1) Name of court: State Supreme Court of washington

　　(2) Docket or case number (if you know): 82357-0

　　(3) Date of filing (if you know): Unkwon

　　(4) Nature of the proceeding: Personal Restraint Petition

　　(5) Grounds raised: State of Washington brang two consecutive petitions against petitioner in violation of the Double Jeopardy, and Expost Facto provisions. RCW 71.09 is based on predicate offenses

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes ❑ No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes ❑ No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    Yes ❑ No ❑

(2) Second petition:   Yes ❑ No ❑

(3) Third petition:    Yes ❑ No ❑

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: _____

_____

_____

_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: Petitioner claims Double Jeopardy after the State filed two petitions, the latter being after I was dismissed and released to WSH

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Petitioner was at Western State Hospital, a none total confinement facility, when the second petition was filed. And had registered, had community outing, and was on a unsecure ground, were he could rome without security devices such as GPS system. Further, the facility was co-ed, and Petitioner had unsupervised contact with female patients. when the state filed it's second petition it did so unlawful, and against RCW 71.09.060(3)

(b) If you did not exhaust your state remedies on Ground One, explain why:

(c) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: Ineffective Assistance of Counsel, On part of trial court lawyers

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☑ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

    Yes ❑ No ❑

(4) Did you appeal from the denial of your motion or petition?

    Yes ❑ No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑ No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground One: _____

_____

_____

**GROUND TWO:** ___The states petition is based on predicate offenses, and___
___the Ninth Circuit has denounced the use of predicate offenses___

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

~~The Ninth Circuit ruled that if the petition is based on predicate~~
offenses it must resolve the issue._____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _Yes, as explained all issues are exhausted up to the State Supreme Court_

(c) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐  No ☑

    (2) If you did not raise this issue in your direct appeal, explain why: _Ineffective assistance of counsel_

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        Yes ☑  No ☐

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _Personal Restraint Petition_

    Name and location of the court where the motion or petition was filed: _Court of Appeals, Division II_

    Docket or case number (if you know): _35911-1-II_

    Date of the court's decision: _Same as mentioned_

    Result (attach a copy of the court's opinion or order, if available): _Denied_

    (3) Did you receive a hearing on your motion or petition?

        Yes ☐  No ☑

    (4) Did you appeal from the denial of your motion or petition?

        Yes ☑  No ☐

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

        Yes ☑  No ☐

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _Same as mentioned_

    Docket or case number (if you know): _Same as mentioned_

    Date of the court's decision: _October 17, 2007_

    Result (attach a copy of the court's opinion or order, if available): _Denied_

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

_____

_____

_____

**GROUND THREE:** Ineffective Assistance of Counsel

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

The underlying petition is defective, probable cause

information supports, erroneous information, leading

experts say APD is not enough to sustain commitment.

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: Same as mentioned

_____

_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☑ No ☐

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: Ineffective assistance

of counsel

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☑ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Same

Name and location of the court where the motion or petition was filed: Court of Appeals

Division II

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

    Yes ❑ No ❑

(4) Did you appeal from the denial of your motion or petition?

    Yes ❑ No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❑ No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three: _____

_____

_____

_____

**GROUND FOUR:** ~~The state continues to confine Petitioner unlawfully~~

    as total confinement relies on whether or not your in a secure facility

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____

~~The State Supreme Court decided that in order for a petition to be filed~~

the person has to be in total confinement serving time for a sex offense

~~RCW 71.09.025, 71.09.030~~

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

_____

(c) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑ No ❑

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        Yes ❑ No ❑

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

    (3) Did you receive a hearing on your motion or petition?

        Yes ❑ No ❑

    (4) Did you appeal from the denial of your motion or petition?

        Yes ❑ No ❑

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑ No ❑

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____
_____
_____
_____
_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____
_____
_____
_____

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?      Yes ❑ No ❑

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

_____
_____
_____

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

_____
_____
_____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?      Yes ❑ No ❑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

_____
_____
_____
_____
_____
_____

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   Yes ❑   No ❑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing Steve Stern, F. McNamara Jardine _____

_____

(b) At arraignment and plea: ____ same _____

_____

(c) At trial: __ same _____

_____

(d) At sentencing: ___ same _____

_____

(e) On appeal: _____ Peter Tiller _____

_____

(f) In any post-conviction proceeding: _____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

_____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?        Yes ❑ No ❑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   Yes ❑ No ❑

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

Petitioner is unlawfully restrained, and in Double Jeopardy due to ineffective assistance of counsel, being retained in a total confinement facility after being in a unsecure facility at Western State Hospital the state went against it's own law to confine petition er, against RCW 71.09.060(3) and In re Detention of Gordon 102 Wn.App (2000), See Schlup v. Delo 513 US (1995)

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —
    (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
    (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
    (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
    (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: <u>Vacate the petition de-</u>
<u>claring petitioner a sexually violent predator under</u>
<u>the grounds declared in his briefing, and other b'</u>
or any other relief to which petitioner may be entitled.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on <u>3-18-2009</u>
_____ (month, date, year).

Executed (signed) on <u>3-17-09</u> (date).

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____
_____
_____

\* \* \* \* \*