UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARNELL MCGARY,

    Petitioner,

v.

HENRY RICHARDS,

    Respondent.

Case No. C09-5156BHS

ORDER OVERRULING PETITIONER'S OBJECTIONS AND ADOPTING REPORT AND RECOMMENDATION; AND DENYING PETITIONER'S MOTION FOR RECONSIDERATION

This matter comes before the Court on the report and recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 21), Petitioner's objections to the report and recommendation (Dkt. 23), and Petitioner's motion for reconsideration (Dkt. 22) of the Court's order denying motion to appoint counsel (Dkt. 20). The Court, having reviewed these filings and the remaining record, hereby overrules Petitioner's objections, adopts the report and recommendation, dismisses the petition, and denies Petitioner's motion for reconsideration.

## I. FACTUAL AND PROCEDURAL BACKGROUND

On March 20, 2009, Petitioner filed a petition for writ of habeas corpus. Dkt. 1. On May 21, 2009, Petitioner filed a motion to appoint counsel (Dkt. 13) and then corrected this motion on May 29, 2009 (Dkt. 14). The Court denied Petitioner's motion to appoint counsel on August 19, 2009. Dkt. 20.

ORDER – 1

On August 19, 2009, the Honorable Karen L. Strombom, United States Magistrate Judge, entered a report and recommendation. Dkt. 21. Judge Strombom recommended that the Court should deny Petitioner's petition. *Id*. at 12.

On August 28, 2009, Petitioner filed objections to the report and recommendation. Dkt. 23. On the same day, Petitioner also filed a motion for reconsideration of the Court's order denying the appointment of counsel. Dkt. 22.

On September 9, 2009, Respondent filed a response to Petitioner's objections to the report and recommendation. Dkt. 24. Respondent asserted therein that the report and recommendation should be adopted by the Court. *Id*. at 4.

**A.     Report and Recommendation**

Petitioner objects to the report and recommendations of the Magistrate Judge. *See* Dkt. 23. Where objections to a magistrate judge's report and recommendation are filed, the Court reviews the objected-to portions of the report and recommendation de novo:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings and recommendations made by the magistrate judge. The judge may also receive further evidence or recommit the matter to the magistrate judge with instructions.

28 U.S.C. § 636(b)(1); accord, Rule 8(b), Rules Governing Section 2254 Cases. As this rule dictates, the Court will review de novo "those portions of the report or specified proposed findings or recommendations to which objection is made."

Here, as Respondent points out, Petitioner has failed to "identify any errors in Judge Strombom's reasoning" with respect to the report and recommendation. Dkt. 24 at 3. Instead, Petitioner states again the same arguments raised in the petition for writ of habeas corpus. *Compare* Dkt. 2 (Petitioner's brief in support of petition for writ of habeas corpus) and Dkt. 21 (report and recommendation) with Dkt. 23 (petitioner's objections to report and recommendation that attempts to argue again the basis for granting the writ). Moreover, the Court finds no errors of law in the report and recommendation.

ORDER – 2

Therefore, because Petitioner does not object to the report and recommendation itself and the Court finds no errors of law in the same, the Court overrules Petitioner's objections, adopts the report and recommendation, and dismisses the petition.

**B.      Motion for Reconsideration**

Petitioner moves this court to reconsider its order denying the of appointment of counsel (Dkt. 20). Dkt. 22. Motions for reconsideration are governed by Local Rule CR 7(h), which provides as follows:

> Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.

Local Rule CR 7(h)(1).

Here, Petitioner's motion for reconsideration fails make any such showing. *See generally* Dkt. 22. Therefore, Petitioner's motion is denied.

## II. ORDER

Therefore, it is hereby **ORDERED that**

(1)     The Court **OVERRULES** Plaintiff's Objections;

(2)     The Court **ADOPTS** the Report and Recommendation;

(3)     The Court **DENIES** Petitioner's motion for reconsideration; and

(4)     This action is **DISMISSED**.

DATED this 29th day of September, 2009.

BENJAMIN H. SETTLE
United States District Judge

ORDER – 3