# United States District Court
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARNELL McGARY | JUDGMENT IN A CIVIL CASE |
| v. | |
| HENRY RICHARDS, | CASE NUMBER: C09-5156BHS |

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court **OVERRULES** Plaintiff's Objections;

The Court **ADOPTS** the Report and Recommendation;

The Court **DENIES** Petitioner's motion for reconsideration; and

This action is **DISMISSED.**

| | |
|---|---|
| November 13, 2009 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |